## SAMUEL TALBOT and ALLAN TALBOT v. FREDERICK MOORE.

Court of Chancery. Kent. August 14, 1817.

*Ridgely's Notebook I, 137.*

*Clayton* for complainant. *Hayes* for defendant.

[PER CURIAM.] This is a mere matter of fact, which is clearly proved on the part of the defendant, so that complainants have not the shadow of equity.

Injunction dissolved and bill dismissed.